IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY   FLORIDA

KATHERINE E. BERNARDI,                          CASE NO.:

    Plaintiff,

v.

SELECTIVE INSURANCE COMPANY of the
SOUTHEAST,

    Defendant.
_____/

## COMPLAINT

Plaintiff, KATHERINE E. BERNARDI ("Plaintiff"), sues Defendant, SELECTIVE INSURANCE COMPANY of the SOUTHEAST, ("Selective"), and in support thereof states a follows:

1. This is an action for damages that exceeds $50,000.00, exclusive of interest, costs and attorney's fees.

2. At all times material to this action, Plaintiff was and is a natural person residing in Brevard County, Florida.

3. At all times material, Defendant, Selective, was and is a foreign corporation authorized to do business and doing business in Brevard County, Florida.

4. Venue is proper in Brevard County, Florida since acts giving rise to the causes of actions occurred in Brevard County, Florida.

5. All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived.

6. On September 26, 2022, Plaintiff was a restrained driver in a vehicle which she was operating in Brevard County, Florida.

7. At that time, Tommy Edward Thomas ("Thomas"), was also the operator of a motor vehicle that he was operating in Brevard County, Florida.

8. At all times material herein, Thomas negligently and carelessly operated and/or maintained his vehicle, so as to collide with the motor vehicle occupied by Plaintiff.

9. As a direct and proximate result of Thomas' negligence, Plaintiff suffered bodily injury including permanent injury to the body as a whole, pain and suffering of both physical and mental nature, disability, disfigurement, physical impairment, mental anguish, inconvenience, loss of capacity of the enjoyment of life, permanent aggravation of a pre-existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. These losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

10. Prior to the subject accident, Defendant, Selective, issued and delivered to Plaintiff a policy of insurance numbered F5300448 which was in full force and effect on the date of the accident alleged herein.

11. Under the terms of the insurance policy, Defendant provided Uninsured Motorist/Underinsured Motorist coverage for Plaintiff in the amount of $250,000.00.

12. A copy of the insurance policy declarations is attached hereto as Exhibit A. To the extent required by the Court, a full and complete copy of the Policy will be filed once produced by Defendant in discovery.

13. At all times material to this action, Thomas was underinsured in that he carried liability insurance coverage with limits less than Plaintiff's total damages as a result of this accident.

14. Plaintiff has furnished Defendant timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the Uninsured/Underinsured portion of the policy, but Defendant refused to pay Plaintiff for the full value of her claim.

WHEREFORE, the Plaintiff, KATHERINE E. BERNARDI, respectfully requests this Court to enter a judgement against Defendant, SELECTIVE INSURANCE COMPANY of the SOUTHEAST, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 30th day of July 2025.

/s Craig R. Lynd
Craig R. Lynd, Esquire
Florida Bar No.: 122210
Jeffrey S. Kaufman, Esquire
Florida Bar No.: 99538
Christopher H. Hunt, Esquire
Florida Bar No.: 21705
Patricia A. Hotchkiss, Esq.
Florida Bar No.: 1010346
Primary:   craiglynd@kaufmanlynd.com
Secondary: rrosso@kaufmanlynd.com
Alternate:  litigation@kaufmanlynd.com
KAUFMAN & LYND, PLLC
Counsel for Plaintiff
200 E. Robinson Street, Suite 400
Orlando, Florida 32801
Phone: (407) 706-3535
Fax: (407) 440-4543

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY FLORIDA

KATHERINE E. BERNARDI,            CASE NO.:

    Plaintiff,

v.

SELECTIVE INSURANCE COMPANY of the
SOUTHEAST,
    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State: YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant(s):

        SELECTIVE INSURANCE COMPANY of the SOUTHEAST, C/O
        STATE OF FLORIDA CHIEF FINANCIAL OFFICER
        200 East Gaines Street
        Tallahassee, Florida 32399

**Service via Florida Department of Financial Services online portal pursuant to §624.422(3) and §48.151(3), Florida Statutes**

Each Defendant is required to serve written defenses to the complaint or petition on Kaufman & Lynd, PLLC, Plaintiff's attorney, whose address is 200 E. Robinson Street, Suite 400, Orlando, FL 32801 within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

    **DATED** on _____

                                              **RACHEL M. SADOFF**
                                              As Clerk of the Court

                                              By: _____
                                              As Deputy Clerk

---

**AMERICANS WITH DISABILITIES ACT OF 1990**

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN A COURT PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT COURT ADMINISTRATION AT (321) 633.2171X2. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL (800) 955.8771; OR WRITE TO: COURT ADMINISTRATION, MOORE JUSTICE CENTER, 2825 JUDGE FRAN JAMIESON WAY, VIERA, FLORIDA 32940.

---

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous

risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.